1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHIL PAYAN, | Case No.  14-CV-1716-JAH-BGS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

The Court, having considered the Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly filed by the Parties herein, finds that this action should be dismissed with prejudice.  Each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated: October 23, 2014

_____
JOHN A. HOUSTON
United States District Judge